IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02341-AP

BEVERLY YOUNG,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,[1]

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Marcy F. Holland
3515 South Tamarac Drive, Suite 200
Denver, Colorado  80237-1430
(303) 757-5000
(303) 689-9627 (facsimile)

<u>For Defendant:</u>

TROY A. EID
United States Attorney
KURT J. BOHN

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Assistant United States Attorney

Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.** **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.** **DATES OF FILING OF RELEVANT PLEADINGS**

   **A.** **Date Complaint Was Filed:**  November 21, 2006

   **B.** **Date Complaint Was Served on U.S. Attorney's Office:** November 29, 2006

   **C.** **Date Answer and Administrative Record Were Filed**:  January 29, 2007

**4.** **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.** **STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6.** **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    March 28, 2007

    B.    **Defendant's Response Brief Due:**  April 27, 2007

    C.    **Plaintiff's Reply Brief (If Any) Due:** May 12, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    Plaintiff does not request oral argument

    B.    Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **B.**    **( X ) All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 15th  day of February, 2007.

                          BY THE COURT:

                          *S/John L. Kane*
                         U.S. DISTRICT COURT JUDGE

APPROVED:

s/Marcy F. Holland  
Marcy F. Holland  
3515 South Tamarac Drive, Suite 200  
Denver, Colorado  80237-1430  
Telephone:  (303) 757-5000  
marcyholland@gmail.com  

Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY

s/ Kurt J. Bohn  
KURT J. BOHN

Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone: (303) 844-0815

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100

Attorney for Defendant(s)